# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Jose Alonso SALDANA-Alaniz

I, Jose Morales, declare and state as follows:

1. On or about June 1, 2022, the Laredo Webb County Sheriffs Office (LWCSO) responded to an apartment complex located at 3100 block of Flores Street (hereinafter residence) in Laredo, Texas. Once LWCSO arrived on scene, officers received written consent to search residence from current and sole resident, Jose Alonso SALDANA-Alaniz (hereinafter SALDANA).

2. While searching the residence, officers noticed several green boxes (military type ammo boxes) and a big carton box containing several boxes inside within the shower area. The green boxes contained approximately 4,300 rounds of .50 caliber ammunition, and the several boxes of carton contained approximately 5,000 rounds of 5.56-millimeter ammunition.

3. LWCSO advised ATF of the event and ATF agents responded to the residence. Once at the residence, ATF agents were informed that SALDANA had been apprehended in connection to the seizure. ATF agents conducted and interview of SALDANA at the LWCSO sub-station.

4. ATF agents advised SALDANA of his Miranda Rights in Spanish. SALDANA waived his Miranda rights by signing ATF Form 3200 and agreed to answer ATF agents' questions. During the interview, SALDANA admitted being a Mexican citizen with no legal right to be in or remain in the United States (U.S.). SALDANA stated he has been living at the residence alone for approximately three (3) weeks and had knowledge of the ammunition that was found in the residence.

5. SALDANA-Alaniz was arrested and transported to the Webb County Jail.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the ___2nd___ day of _____June_____, 2022___.

Jose Morales, ATF Task Force Agent

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20____.

_____<br>UNITED STATES MAGISTRATE JUDGE