# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. **L-22-CR- 822** |
| § | |
| **JOSE ALONSO SALDANA-ALANIZ** § | **DS** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **June 1, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ALONSO SALDANA-ALANIZ,**

knowing that he was an alien illegally and unlawfully in the United States, knowingly possessed at least one round of .50 caliber ammunition and at least one round of 5.56-millimeter ammunition, and the ammunition was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_Homero Ramirez_
Homero Ramirez
Assistant United States Attorney

| USA-74-24b | | | | |
| --- | --- | --- | --- | --- |
| (Rev. 6-1-71) | | CRIMINAL DOCKET | | L-22-CR- 822 |
| LAREDO DIVISION | | | NO._____ | |
| FILE: 22-03883 | MAG#: 22-01040 | | **DS** | |
| INDICTMENT | Filed: June 28, 2022 | | Judge:_____ | |

ATTORNEYS:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, USA

VS.

HOMERO RAMIREZ, AUSA

**JOSE ALONSO SALDANA-ALANIZ**

**CHARGES:**

Count 1: Possession of Firearm and Ammunition by Alien Illegally or Unlawfully in the United States [18 USC 922(g)(5)(A), 924(a)(2)]

**TOTAL COUNTS: 1**

**PENALTY:**

Ct. 1: 0 to 10 years and/or $250,000 Fine, $100 special assessment,
Not more than a three (3)-year term of supervised release