| | UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| | **UNITED STATES OF AMERICA** <br> *VERSUS* - - - - - - - - - - - - - - - <br> **JOSE ALONSO SALDANA-ALANIZ** | CRIMINAL ACTION NO. **5:22-00822** <br><br> **EXHIBIT LIST** |
| | MAGISTRATE JUDGE JOHN A. KAZEN | CASE MANAGER: JESSICA RODRIGUEZ |
| | LIST OF <br> ■ GOVERNMENT   ☐ DEFENDANT | PROCEEDING: MOTION TO SUPPRESS, EVID. HEARING <br> DATE(S): FEBRUARY 1, 2023 |

| NO. | DESCRIPTION | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|
| 1 | PHOTO SHOWING OPEN DOOR AND OPEN DOOR GATE | | | | |
| 2 | PHOTO SHOWING LOWER PORTION OF SHOWER STALL WITH CUSHIONS AND BLANKET COVERING AMMUNITION | | | | |
| 3 | PHOTO SHOWING UPPER PORTION OF SHOWER STALL WITH CUSHIONS AND BLANKET COVERING AMMUNITION | | | | |
| 4 | PHOTO SHOWING LOWER PORTION OF SHOWER STALL WITH CUSHIONS AND BLANKET COVERING AMMUNITION (DIFFERENT VIEW) | | | | |
| 5 | PHOTO SHOWING AMMUNITION BOXES IN SHOWER STALL AFTER CUSHIONS AND BLANKETS REMOVED | | | | |
| 6 | PHOTO SHOWING CLOSE UP OF BLACK BIN WITH YELLOW COVER REMOVED | | | | |
| 7 | COPY OF SIGNED RIGHTS ADVISEMENT (SPANISH) | | | | |
| 8 | COPY OF VOLUNTARY STATEMENT | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |