AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

2023 JAN 25  PM 3: 3

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. L-22-00822 |
| JOSE ALONSO SALDANA ALANIZ | ) |
| Defendant | ) *To be served by U.S. Marshals |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: RAMIRO RESENDEZ
    3104 Flores Apt 4
    Laredo, TX 78040

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: U.S. District Court Magistrate Judge John A. Kazen 1300 Victoria St., Laredo, TX 78040 | Courtroom No.: 2C |
|---|---|
| | Date and Time: February 1, 2023  8:30AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: _____

CLERK OF COURT

*Sylvia C. Gonzalez*
Signature of Clerk of Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

SARA A. MARTINEZ, AFPD
1202 Houston St.
Laredo, TX 78040
sara_martinez@fd.org
956-753-5313

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) **RAMIRO Resendez**
was received by me on (date) **1/27/2023**.

☑ I personally served the subpoena on the individual at (place) **3104 Flores Apt 4**
on (date) **1/27/2023**; or

☐ I left the subpoena at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the subpoena unexecuted because _____; or

☐ Other (specify):

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **1/31/2023**

_____
Server's signature

**DEA A. Aguero**
Printed name and title

**1300 Victoria St 400. TX**
Server's address

Additional information regarding attempted service, etc: