UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | CASE NO. 5:22-CR-822-01 |
| | . | |
| PLAINTIFF, | . | |
| | . | |
| V. | . | LAREDO, TEXAS |
| | . | WEDNESDAY, JULY 5, 2023 |
| JOSE ALONSO SALDANA-ALANIZ, | . | 11:05 A.M. TO 11:15 A.M. |
| | . | |
| DEFENDANT. | . | |

. . . . . . . . . . . . . . . . . .

PRETRIAL CONFERENCE

BEFORE THE HONORABLE JOHN A. KAZEN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:                    SEE NEXT PAGE

ELECTRONIC RECORDING OFFICER: RAUL GAMAS

OFFICIAL INTERPRETER:          EDUARDO CANUDAS
                               MARCO HANSON

CASE MANAGER:                  JESSICA RODRIGUEZ

TRANSCRIPTION SERVICE BY:

**TRINITY TRANSCRIPTION SERVICES**
**1081 Main Street**
**Surgoinsville, TN 37873**
**281-782-0802**
battshott@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | . | CASE NO. 5:22-CR-822-01 |
| | . | |
| PLAINTIFF, | . | |
| | . | |
| V. | . | LAREDO, TEXAS |
| | . | WEDNESDAY, JULY 5, 2023 |
| JOSE ALONSO SALDANA-ALANIZ, | . | 11:05 A.M. TO 11:15 A.M. |
| | . | |
| DEFENDANT. | . | |

. . . . . . . . . . . . . . . .


PRETRIAL CONFERENCE

BEFORE THE HONORABLE JOHN A. KAZEN
UNITED STATES MAGISTRATE JUDGE


Appearances:

**For the GOVERNMENT:**          **STEVE CHAMBERLAIN, ESQ.**
Office of the United States
Attorney
Assistant United States Attorney
11204 McPherson Road, Ste. 100A
Laredo, TX 78045

**For the DEFENDANT:**          **RAUL GUERRA, ESQ.**
Assistant Federal Public Defender
Office of the Federal Public
 Defender
1202 Houston Street
Laredo, TX 78040

**U.S. PROBATION OFFICE:**          Diana Guardiola

Transcriber:          Cheryl Battaglia
Trinity Transcription Services
1081 Main Street
Surgoinsville, TN 37873
281-782-0802

1    **<u>Laredo, Texas; Wednesday, July 5, 2023; 11:05 a.m.</u>**

2    **(Official Interpreter Present)**

3        **THE COURT:**  *In 5-22-CR-822-1, United States versus*

4    *Jose Alonso Saldana-Alaniz.*

5        Let's have the Defendant come up.

6    **(Pause in the proceeding.)**

7        **THE COURT:**  Okay.  And let me have an announcement.

8    Government is continuing to be Mr. Chamberlain for the

9    Government?

10       **MR. CHAMBERLAIN:**  Correct, your Honor.

11       **THE COURT:**  Okay.  Mr. Guerra, you want to announce

12   on behalf of -- just introduce yourself first.  And let me --

13       **MR. GUERRA:**  Yes, your Honor.  Raul Guerra, standing

14   in -- actually, I'm also, I think, co-counsel --

15       **THE COURT:**  Yes.  You were co-counsel.  I know that.

16       **MR. GUERRA:**  Yes, I'm co-counsel.  But Miss Sara

17   Martinez is the attorney in charge of the case.  And she's out

18   today, your Honor.  So --

19       **THE COURT:**  Okay.

20       **MR. CHAMBERLAIN:**  -- I'm here on -- on Mr. Saldana's

21   behalf.

22       As the Court may recall, your Honor, we had a -- a

23   suppression hearing here before the Court.  The Court issued

24   its report.  There were objections.

25       And now Judge Marmolejo has issued her order denying

1   the Motion to Suppress.  And so we discussed the options with

2   Mr. Saldana-Alaniz.  And one of the options was a conditional

3   plea.  The other option was simply the bench trial.  And, of

4   course, the third option -- or the first option was just going

5   to trial.

6            So he does not want to go to trial, your Honor.  So

7   we asked for a conditional plea.  We were notified by

8   Mr. Ramirez, Jose Homero Ramirez is the AUSA in charge of this

9   case, that the Government will not be offering a conditional

10  plea to the Defendant, you know, to my client.

11           And so, we're going to be, and I discussed it again.

12  Miss Martinez and I have already spoken to Mr. Saldana.  I

13  reviewed that again, the options again with him, before the --

14  the Court called the case.  And Mr. Saldana wishes to proceed

15  with a stipulated bench trial, your Honor.

16           **THE COURT:**  Okay.  So you're making an announcement

17  for a stipulated bench trial.

18           **MR. GUERRA:**  Yes, your Honor.

19           **THE COURT:**  Okay.  Okay.

20           Well we'll make -- we'll enter that announcement.

21  And then have you had a chance to explore with -- with the

22  Government counsel, the like issues about how many witnesses,

23  how long you're estimating?

24           **MR. GUERRA:**  Miss Martinez has been communicating

25  Mr. Ramirez -- with Mr. Ramirez, your Honor.  And given that

1  the only thing that we're going to be reserving for appellate

2  purposes would be the -- the issues that were the suppression

3  issues.

4       I -- I don't anticipate that it, you know, that the

5  Government would have to put many -- many witnesses.  But I

6  would -- I leave that to Mr. Ramirez.

7       Like I said, I don't -- I know Miss Martinez and

8  Mr. Ramirez spoke, but I don't have any specifics as to what

9  Mr. Ramirez thought how long it would take and all that, your

10 Honor.

11      I just bet it'll be very brief, obviously.  Because

12 it will be stipulated.  But how many witnesses --

13      **THE COURT:**  Can you -- well, what our -- normally we

14 would have that information for the District Judge so she can

15 estimate.

16      **(Pause in the proceeding.)**

17      **THE COURT:**  By when do -- do you know if Mr. Ramirez,

18 is he out?  Or is he available?  Do you have any idea?

19      Like I was wondering I were to order for you all to

20 file an advisory just stating that based on this announcement,

21 the parties have conferred, and anticipate, you know, go

22 through that standard list of X number of witnesses.  The --

23 whether or not motions in *limine* will be filed.

24      **MR. GUERRA:**  Yes.  I -- I believe, excuse me, your

25 Honor.  I believe last week he was out of the office.  I don't

1  know if he's back, your Honor.  But I think he was -- my

2  understanding was he was out of the office last week.  Not the

3  whole week, but he was off.

4          During the time that I was also part of the

5  communication, he was not in the office.  I believe he had a

6  medical appointment.  And he was not in the office.

7          So I don't know if he's back.

8          **MR. CHAMBERLAIN:**  I -- I do believe he is back, your

9  Honor.  I am actually in communication with him.  I just sent

10  him a note trying to determine how many witnesses he thinks

11  he's going to need.  So hopefully he responds he responds

12  quickly.

13          **THE COURT:**  If that's -- we can wait then.  Let's

14  give -- let's give him a minute.

15          So the -- okay, hold on here.  So it's -- generally,

16  we like to know the, yeah, number of witnesses.  Discovery is

17  otherwise complete, Mr. Guerra?

18          **MR. GUERRA:**  Yes, your Honor.

19          **THE COURT:**  And, Mr. Chamberlain, as far as you're

20  concerned?

21          **MR. CHAMBERLAIN:**  As far as I'm aware, yes, your

22  Honor.

23          **THE COURT:**  Okay.  And based on the number of

24  witnesses, my question how many days you anticipate the trial

25  to take.  I mean, a bench trial.  Maybe with Judge Garcia

1  Marmolejo, maybe a half day.

2        **MR. GUERRA:**  Yeah.

3        **THE COURT:**  But a -- a day, no more than a day or day

4  and a half.

5      **(Pause in the proceeding.)**

6        **THE COURT:**  I'd probably estimate a day.

7        **MR. CHAMBERLAIN:**  So Mr. Ramirez says if it's a bench

8  trial, none.  If it's a jury trial, about five to six.

9        **THE COURT:**  Five to six?

10        **MR. CHAMBERLAIN:**  Witnesses.

11        **MR. GUERRA:**  Well I think they said none if it's

12  stipulated is what he said.

13        **MR. CHAMBERLAIN:**  Yeah.  So I'm thinking is, my

14  experience is with a stipulated bench trial, your Honor, is the

15  state would simply read into the record what the facts would

16  be.  They wouldn't be calling any witnesses.

17        **THE COURT:**  Yes.  Yes.  Yes.  Yes.  Yes.

18        **MR. CHAMBERLAIN:**  And I'm not aware if -- if that's

19  correct how --

20        **MR. GUERRA:**  That is -- that's -- that's -- that is

21  my recollection as well.

22        And so -- but obviously, I --

23        **THE COURT:**  Well that's -- that's what a stipulated

24  bench trial is.

25        **MR. GUERRA:**  That --

1        **MR. CHAMBERLAIN:** Yes.  So there really wouldn't be

2   any witnesses.  It would just be --

3        **THE COURT:** All right.

4        **MR. CHAMBERLAIN:** -- the AUSA reading it into the

5   record.

6        **MR. GUERRA:** Unless the Government, obviously, is --

7   believes that they need to for whatever reason.

8        **MR. CHAMBERLAIN:** Yeah.

9        **MR. GUERRA:** But that is -- it's usually be a very --

10  very quick, your Honor.

11       **THE COURT:** If you can --

12       **MR. GUERRA:** Yes.

13       **THE COURT:** All right.  So --

14       **MR. CHAMBERLAIN:** So he says if it's a bench trial,

15  none.

16       **THE COURT:** Okay.

17       Yes.  A stipulated bench trial, if you all can agree

18  to, you know, I don't remember -- memorized all of the -- the

19  disputed fact issues.  But there were some.

20       And --

21       **(Pause in the proceeding.)**

22       **THE COURT:** So will you all work that out.  I -- I

23  don't know at this point, I mean, Mr. Guerra, as you stand

24  here, you -- the parties have no prepared the -- the stipulated

25  facts.

1        **MR. GUERRA:**  Not to my understanding.  I know, again,

2   that Miss Martinez and Mr. -- Mr. Ramirez had been

3   communicating, your Honor.

4        But I am now aware that the they factually already

5   agreed on the -- the stipulations.  But I don't anticipate that

6   that would take too long to do so.

7        But they do have to, of course, sit down and --

8        **THE COURT:**  Okay.

9        Did -- Mr. Chamberlain, did Mr. Ramirez, is he --

10  he's saying that if it's a stipulated bench trial, he's saying

11  how much time?

12       **MR. CHAMBERLAIN:**  Oh, he just said the number of

13  witnesses would be none.

14       **THE COURT:**  Okay.  Yeah.  The number of --

15       **MR. CHAMBERLAIN:**  I wouldn't imagine if it's being

16  read into the record, more than half a day.

17       **THE COURT:**  I was going to estimate, for purposes of

18  the -- when I put in the minutes for Judge Garcia Marmolejo --

19       **MR. CHAMBERLAIN:**  Yeah.

20       **THE COURT:**  -- we're going to estimate half a day?

21       **MR. CHAMBERLAIN:**  That -- I would suggest to go with

22  that, your Honor.  That would be more than sufficient, in my

23  experience.

24       **THE COURT:**  I think it ought to be with -- sounds --

25  seems like it would be.

1        **MR. GUERRA:** Yes, your Honor.

2        **THE COURT:** Okay.

3        So then we're going to go with discovery is complete.

4    Both sides agreed on that.

5        **MR. GUERRA:** With -- with the stipulation being

6    that -- that there hasn't been more discovery received by the

7    Government. So, obviously, whatever then is disclosed by the

8    Government.

9        **THE COURT:** Well, all right. The Government, the --

10   you're asking -- you asked Mr. Ramirez has he produced

11   everything? I mean, is -- is discovery complete?

12       **MR. CHAMBERLAIN:** It appears from our record that

13   discovery is complete. But I will make sure that if anything

14   hasn't been, it will be, your Honor.

15       **THE COURT:** Okay.

16       Motions in *Limine* from the Government or from its

17   bench trial. So it's typically not an issue.

18       **MR. GUERRA:** It should not.

19       **THE COURT:** And stipulated bench trial, even. So --

20       **MR. GUERRA:** Yeah. It should not. I -- I'm --

21       **THE COURT:** So I'll just say none anticipated. And

22   trial witnesses none, because it's a stipulated bench trial.

23       Jessica be sure that that's clear.

24       **(Pause in the proceeding.)**

25       **THE COURT:** Okay. Interesting.

1      Good luck with -- with you all to -- to be able to

2  work through that.  I'm just interested to -- to see if you all

3  can -- which facts if you hundred percent stipulate to

4  everything or if there's little pieces.

5      Okay.  Then, Mr. Chamberlain, anything else to add to

6  the record for that announcement?

7      **MR. CHAMBERLAIN:**  No.  Thank you, your Honor.

8      **THE COURT:**  All right.  No.  No.  I'm not being

9  sarcastic.

10      **(Laughter.)**

11      **THE COURT:**  I was just asking if there is anything

12  else.

13      **MR. CHAMBERLAIN:**  This is just so -- it's all coming

14  down here right now.  And so --

15      **THE COURT:**  Right.  Right.  So --

16      **MR. CHAMBERLAIN:**  So.

17      **THE COURT:**  -- anything else Mr. Ramirez, as I should

18  say, to add to the record.

19      **MR. CHAMBERLAIN:**  Well that's what I'm wanting to

20  know.

21      **THE COURT:**  Yeah.  Okay.

22      Tell him -- well, seriously, ask him.  Just say is

23  there anything else you want to note for the -- to the Court

24  for the record.

25      **MR. CHAMBERLAIN:**  I did, your Honor.

1          **THE COURT:**  All right.  You asked him.  Okay.

2          **MR. CHAMBERLAIN:**  And that's pending a response.

3          **THE COURT:**  Okay.

4          Well let's hold on a second before I wrap it up.

5          But Mr. Guerra, on behalf of the Defendant, anything

6  you can think of?

7          **MR. GUERRA:**  No, your Honor.  I --I --

8          **THE COURT:**  The question is when -- I wonder -- I

9  don't know what Judge Garcia Marmolejo's schedule looks like.

10  But how promptly she'd want to hold that -- conduct that trial.

11          And if you all are being -- working on stipulated

12  facts might take a little bit.

13          **MR. GUERRA:**  And that's -- I've discussed that with

14  Mr. Saldana, your Honor.  And that -- that, obviously, will be

15  up to the -- up to the Court, the District Court to -- to tell

16  us when she -- when the Court is available.

17          **THE COURT:**  Yeah.  Yeah.

18      **(Pause in the proceeding.)**

19          **MR. CHAMBERLAIN:**  Still watching, your Honor.

20          **THE COURT:**  The little dots pending, the little

21  flashing dots.

22          **MR. CHAMBERLAIN:**  Those haven't popped up yet.

23          **THE COURT:**  Yeah.

24      **(Pause in the proceeding.)**

25          **MR. CHAMBERLAIN:**  Still waiting.

1        **THE COURT:**  I'll give him two more minutes, then

2    we'll -- I'll wrap it up.

3        **(Pause in the proceeding.)**

4        **MR. CHAMBERLAIN:**  He's typing.

5        **THE COURT:**  He's going to come up with a long list.

6        Mr. Guerra, thank you for rushing over here.  I know

7    that you were in the other Court.

8        **MR. GUERRA:**  Yes, your Honor.

9        **THE COURT:**  I appreciate you --

10       **MR. GUERRA:**  Thank you.

11       **THE COURT:**  -- promptly coming over to the Court.

12       **(Pause in the proceeding.)**

13       **MR. CHAMBERLAIN:**  So Mr. Ramirez confirms all

14   discovery has been turned over.  And doesn't appear to be

15   anything else, your Honor.

16       **THE COURT:**  Okay.  Other than, I mean, I know you

17   don't need to ask him this.  But again, other than working

18   through the stipulated facts.  I mean, that seems like there --

19   that's something that -- that's -- and counsel needs to, yeah,

20   work through the firm.

21       But, okay.  Then with that, Mr. Saldana, have you --

22   have you had any questions on what we've talked about?

23       **DEFENDANT SALDANA-ALANIZ:**  No, your Honor.

24       **(Pause in the proceeding.)**

25       **THE COURT:**  All right.  Okay.  Then that -- that

1   concludes this proceeding.  And you all are excused, counsel.

2           That takes care of this morning's docket.  Everybody

3   is excused, pending whoever comes back this afternoon.  But,

4   yeah.  Thank you all.

5           **MR. GUERRA:**  Thank you.

6           **MR. CHAMBERLAIN:**  Thank you, your Honor.  Thank you

7   Mr. Guerra.

8         **(This proceeding was adjourned at 11:15 a.m.)**

9

10

11                   * * * * * * * *

12

13                     CERTIFICATION

14

15   I certify that the foregoing is a correct transcript from the

16   electronic sound recording of the proceedings in the above-

17   entitled matter.

18     /s/ *Cheryl L. Battaglia*               January 19, 2024

19           Transcriber                       Date

20   5:22-CR-822

21   07/05/23 - 01/18/24